IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>AMANDA FERCH, )<br>RANDY RUTH, )<br>)<br>Defendants. )<br>) | Case No. 08-CR-123-C |

PROTECTIVE ORDER

Upon consideration of the government's Application for a Protective Order For Substitute Asset 401(k) Retirement Account, and good cause appearing,

IT IS HEREBY ORDERED, pursuant to 21 U.S.C. § 853(e), as follows:

1. The funds currently located in defendant FERCH's 401(k) retirement account with Dane County Title Company, Profit Sharing Plan account #337801-01, as administered by Great-West Retirement Services, 1 South Pinckney Street, Madison, Wisconsin 53703, are frozen. Dane County Title Company and Great-Western Retirement Service shall not move any of the restrained funds, or take any offsets or withdrawals of the funds without prior approval of this Court. Furthermore, Dane County Title Company and Great-Western Retirement Services shall ensure that the amount of funds in the above-stated account do not diminish in value as of the date of this order. Finally, Dane County Title Company and Great-West Retirement Services

shall comply with this order forthwith upon receiving notice of this order, and fax service of this order will constitute sufficient service of the order.

    2.    Defendant FERCH and any of her agents, employees, attorneys, family members or persons acting in concert with her, are hereby enjoined and restrained from gaining access in any way, including: selling, assigning, pledging, encumbering, transferring, withdrawing, or otherwise participating on the disposal of the funds currently located in the above-stated 401(k) retirement account at Dane County Title Company.

    DATED: August 7, 2008

/s/

STEPHEN L. CROCKER
U.S. Magistrate Judge