IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AMANDA FERCH,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.  08-CR-123-C<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER FOR FINAL FORFEITURE

  On October 15, 2008, the defendant entered into a plea agreement with the United States in which the defendant agreed that she had derived $316,100.69 in proceeds from her offense of conviction, and

  WHEREAS, the United States has filed a Motion for an Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of $316,100.69, and

  WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant shall forfeit to the United States the sum of $316,100.69 pursuant to Title 18, United States Code, § 982(a)(2).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture has become final as to the defendant at the time of sentencing.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $316,100.69 to satisfy the money judgment in whole or in part.

Dated: January 7, 2009

Barbara B. Crabb
BARBARA B. CRABB
UNITED STATES DISTRICT JUDGE